[No. 16182-2-I.   Division One.   September 15, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v.
SHOSHANNAH GRIFFITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-03816-2, Terrence A. Carroll, J., entered March 15, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 16351-5-I.   Division One.   September 15, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v.
WILLIAM CORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-00081-8, James J. Dore, J., entered April 15, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 15176-2-I.   Division One.   September 15, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. STANLEY
HAROLD SCHICK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-00418-1, Arthur E. Piehler, J., entered July 10, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 8501-1-II.   Division Two.   September 17, 1986.]

ELI M. RODOSOVICH, *Appellant*, v. THE STATE
OF WASHINGTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 80-2-01093-7, Gerry L. Alexander, J., entered April 30, 1984. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.